**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OSI LLC,

                Plaintiff,

-against-                                22 **CIVIL** 10921 (ALC)

**JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 27, 2025, Defendants' Motion to Dismiss the First Amended Complaint is GRANTED with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 28, 2025

                                                        **TAMMI M HELLWIG**
                                                           Clerk of Court

**BY:**
                                                           _____
                                                              **Deputy Clerk**